

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re David Lanzer

Appellate case number:    01-21-00489-CV

Trial court case number:  2020-71025

Trial court:              507th District Court of Harris County

Relator, David Lanzer, has filed a petition for writ of mandamus challenging the trial court's denial of relator's motion to transfer venue. In conjunction with the mandamus petition, relator filed an emergency motion requesting a temporary stay of the underlying proceedings pending our determination on the petition. Relator's stay motion is **denied**. The petition for writ of mandamus remains pending.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                          Acting individually


Date: ___September 21, 2021____